UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KAITLIN LOWRY,

                Plaintiff,

        -against-

INTERNATIONAL BUSINESS MACHINES
CORPORATION PLAN ADMINISTRATION
COMMITTEE, et al.,

               Defendants.

**<u>ORDER</u>**

25-CV-10214 (PMH)

PHILIP M. HALPERN, United States District Judge:

Plaintiff Kaitlin Lowry initiated this action by filing a complaint on December 9, 2025. (Doc. 1). On March 30, 2026, Plaintiff filed affidavits of service, indicating service of the summonses and complaint was effectuated on Defendants International Business Machines Corporation Plan Administration Committee and IBM Medical and Dental Benefits Plan for Regular Full-Time and Regular Part-Time Employeees ("Defendants") on December 22, 2025. (Docs. 11-12). On March 31, 2026, the parties filed a stipulation extending Defendants' time to respond to the Complaint to April 30, 2026, (Doc. 13),[1] which the Court "so ordered" on April 1, 2026, (Doc. 14). Since the parties filed a stipulation extending Defendants' time to respond to the Complaint, there has been no activity on the docket.

Accordingly, by June 29, 2026, Plaintiffs shall comply with this Court's Individual Practices Rule 4(B) for obtaining a default judgment, or file a letter advising the Court why she should not pursue default judgment against Defendants.

---

[1] The Court notes that, although this stipulation appears to be signed by counsel for Defendants, to date, no counsel has entered an appearance on behalf of Defendants. (*See* Doc. 13).

Failure to strictly comply with this Court's Individual Practices and this Order may result in dismissal of this action in its entirety, without prejudice, for want of prosecution under Federal Rule of Civil Procedure 41(b).

**SO ORDERED.**

Dated:  White Plains, New York
    May 27, 2026

Philip M. Halpern
United States District Judge